JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANGEL J. MUNOZ,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALEJANDRO MAYORKAS, SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant. | Case No. 2:20-cv-04046-DSF-GJS<br><br>**ORDER** |

The Court, having reviewed the parties' Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), HEREBY ORDERS that this action is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties shall bear their own costs, fees, and expenses.

IT IS SO ORDERED.

DATED: November 18, 2022

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE